AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 17-8047-WM
Premises located at Blackstone Labs, LLC, )
1090 Holland Drive, Suites 1 and 2, )
Boca Raton, FL 33487 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Florida_____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A.1

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B.1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____February 17, 2017_____
*(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty _____Duty U.S. Magistrate Judge_____.
                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____February 3, 2017_____
                      _____1:23 p.m._____                      _____William Matthewman_____
                                                                      *Judge's signature*

City and state:  West Palm Beach, Florida         William Matthewman, United States Magistrate Judge
                                                  *Printed name and title*

## ATTACHMENT A.1

### Property to Be Searched

The property to be searched is the offices of Blackstone Labs, LLC at 1090 Holland Drive, Boca Raton, FL 33487, including Suite 1 and Suite 2 ("Blackstone Search Premises"). The premise is located within a warehouse that is two-toned tan in color with the numbers "1090" and the wording "Lake Pointe Centre" affixed to the top of the building. See Exhibit 1 below. There is a green stripe painted around the building immediately below "1090 Lake Pointe Centre." The two entrance doors for the premise are tinted glass and positioned on the South side of the building. They are marked as "Blackstone Labs, Suite 1, Headquarters," see Exhibit 2 below, and "Blackstone Labs, Suite 2, Shipping & Receiving," see Exhibit 3 below.

Exhibit 1



1

Exhibit 2



2

Exhibit 3



**ATTACHMENT B.1**

Particular Things to Be Seized

1. All records and information that constitute fruits, contraband, evidence and instrumentalities relating to violations of the Food, Drug, and Cosmetic Act, (21 U.S.C. §§ 331(a), 331(d), 331(v) and 333(a) (interstate distribution of misbranded or adulterated food, unapproved new drugs, and unsafe dietary supplements), 18 U.S.C. §§ 1341 (mail fraud), 1343 (wire fraud), and, 1349 (conspiracy to commit mail and wire fraud) occurring after January 1, 2012, including, but not limited to:

   a. any invoices, purchase orders, packing slips, receipts, notes, records, shipping records, ledgers, money orders, checks, bank records, pedigrees, storage records and other papers and documents relating to the purchase, shipment, sale, manufacturing, storage and/or holding of banned, adulterated, or misbranded dietary supplements and/or unapproved new drugs;

   b. any information related to customers, suppliers or sources of banned, adulterated, or misbranded dietary supplements and/or unapproved new drugs containing such ingredients and related identifying information;

   c. evidence of occupancy, residency, and/or ownership of the premises, including utility and telephone bills; mail, deeds, leases, rental agreements, loans, mortgages, photographs, personal telephone books, diaries, statements, identification cards and documents, airline tickets and related travel documents, bank books, checks and check registers, and public storage facilities receipts;

   d. any and all corporate records pertaining to the establishment, ownership, agreements, method of operation and purchase, shipment, sale, storage and holding of banned, adulterated, or misbranded dietary supplements and/or unapproved new drugs containing such ingredients;

   e. records of off-site locations to store records, banned, adulterated, or misbranded dietary supplements and/or unapproved new drugs containing such ingredients and/or currency, including safe deposit box keys, records and receipts, and rental agreements for storage facilities;

   f. all bank records, checks, credit card bills, account information, and other financial records;

   g. customer and employee records associated with the dispensing of banned, adulterated, or misbranded dietary supplements and/or unapproved new drugs containing such ingredients;

1

    h. any and all records associated with the purchase or sale of labeling, printing or graphics which could be used to falsely alter, forge, or counterfeit the labeling or documentation of banned, adulterated, or misbranded dietary supplements and/or unapproved new drugs containing such ingredients;

    i. advertising, including promotional packets, promotional videos, disclosure statements; internet, television, and newspaper advertisements;

    j. correspondence with others, including vendors that performed services or provided products related to dietary supplements; and

    k. tangible things related to the above crimes, such as production materials, ingredients, production equipment, and dietary supplements themselves.

2. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

    a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

    c. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

    d. records of or information about Internet Protocol addresses used by the COMPUTER;

    e. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

    f. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data).

As used above, the term "correspondence" means both traditional, paper-based correspondence and email, including all email records and metadata information.

2