

U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017     **START TIME:** 10:10am     **END TIME:**

**SITE ADDRESS:** 1090 HOLLAND DRIVE, SUITE 1&2, BOCA RATON, FL

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | Evidence bag containing orders, R&L Carrier receipt |
| 2 | 1 | Evidence bag containing shipping and orders, inventory |
| 3 | 1 | Evidence bag containing a green cover inventory notebook,, DHL, black cover notebook; orange cover notebook, legal pad, green cover notebook |
| 4 | 1 | Evidence bag containing products; 2 notebooks re: sales, invoices |
| 5 | 1 | Evidence bag containing vendor information sheets, Checkers receipts |
| 6 | 1 | Evidence bag containing documents of ADP statement; W-2's; purchase invoices, earnings statement; cancelled checks; |
| 7 | 1 | Evidence bag containing documents - orders, ledgers, shippers orders, W-4's, ADP receipts |
| 8 | 1 | Evidence bag containing price sheets, invoices |
| 9 | 1 | Evidence bag containing 2 black books with financial ledgers, 1 blue folder with financial documents; 1 red/pink folder with financial documents, loose financial ledger documents |
| 10 | 1 | Evidence bag containing check#1054, check #1579, folder marked "CB Operating Agreement", manufacturing agreement, financial documents |
| 11 | 1 | Evidence bag containing financial/sale document and lab tests from clipboard |
| 12 | 1 | Evidence bag containing Financial/sales documents, envelope with financial documents |
| 13 | 1 | Evidence bag containing 5 folders of financial documents |
| 14 | 1 | Evidence bag containing financial documents |
| 15 | 1 | Evidence bag containing financial documents |
| 16 | 1 | Evidence bag containing 5 envelopes of receipts |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017

**SITE ADDRESS:** 1090 HOLLAND DRIVE, SUITE 1&2, BOCA RATON, FL

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 17 | 1 | Evidence bag containing |
| 18 | 1 | Evidence bag containing invoices |
| 19 | 1 | Evidence bag containing shipping labels |
| 20 | 1 | Evidence bag containing earning statements; BSL invoices; handwritten notes |
| 21 | 1 | Evidence bag containing note pad containing subjects names and phone numbers |
| 22 | 1 | Evidence bag containing email printouts of customer complaints; Dust V2 label |
| 23 | 1 | Evidence bag containing labels; Dust Extreme & Dust V2 |
| 24 | 1 | Evidence bag containing e-mail ADP earnings statements; handwritten note |
| 25 | 1 | Evidence bag containing 2 notepads and "field notes" earnings statements, folder |
| 26 | 1 | Evidence bag containing ledger; Winsauer earning statments; notebooks; lease; facebook ads paypal payments; profit/loss BSC paperwork; BSC earnings |
| 27 | 1 | Evidence bag containing documents including but not limited to Termination Agreemeent of Aaron Singerman, FDA WL, letter from Muscle Rage Ltd from PJ Brown, BSL Consulting Agreement with supplement safety solutions, signed terminations, BSL policy memos, resignation as manger of Prime Nutrition by Brown, BOCA Nutrition purchases; Blackstone labs handbook, envelope with return address of BSL, patent application file on various herbal ingredients, general nutrition corporation vendor book, ABC testing records, Blackstone labs order summary report, product pick lissts |
| 28 | 1 | Evidence bag containing financial documents |
| 29 | 1 | Evidence bag containing lab report documents |
| 30 | 1 | Evidence bag containing financial documents |
| 31 | 1 | Evidence bag containing miscellanous docuemnts |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017

**SITE ADDRESS:** 1090 HOLLAND DRIVE, SUITE 1&2, BOCA RATON, FL

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 32 | 1 | Evidence bag containing file folders of invoices and box invoices |
| 33 | 1 | Evidence bag containing financial documents |
| 34 | 1 | Evidence bag containing financial documents individual payroll bank & credit car records |
| 35 | 1 | Evidence bag containing financial documents |
| 36 | 1 | Evidence bag containing financial documents |
| 37 | 1 | Evidence bag containing bills, password, records |
| 38 | 1 | Evidence bag containing bank documents shipping documents, ABC testing documents |
| 39 | 1 | Evidence bag containing bills of sole and earnings reports |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

| | | | | | |
|---|---|---|---|---|---|
| **DATE OF SEARCH:** | 02/16/2017 | **START TIME:** | 10:10am | **END TIME:** | |
| **SITE ADDRESS:** | 1090 HOLLAND DRIVE, SUITE 1&2, BOCA RATON, FL | | | | |

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 35 | Box containing dietary supplements and types as follows: R-redemption - silk; cobra 6 extreme; dust extreme sour gummy bear; anesthetized pineapple sweet; dust TV2 - redice; dust TV2 - blue sky; dust extreme pineapple mango; color 6 extreme kiwi strawberry; dust TV2 watermelon; growth; brutal 4ce - desired by force; geer support; dust TV2 - black lemonade; dust TV2 - tropical punch; euphoria RX; cobra 6C; andgemin; trojan horse - lemon lime; apex mule; ; EPI - test - tropical breeze; juiced up - sarge phytoformula betin berriz; trojan horse - black culment; BCAA resurgence - fruit punch; hype - orange; anormal; hype - fruit punch; BCAA - resurgenz - pinn colada; hype extreme - fruit punch; hype extreme - cotton candy; erudicat; eradicat - powered by arimistene; chosen 1 - destiny; EPI CAT; PCTV |
| 2 | 1 | Evidence bag containing sample for FCC; 1 bottle Glimmer 60ct; 1 bottle Dusk 30 servings; 1 bottle Drought 28 ct; 1 packet of Audade; 1 bottle Body Shaping 3fl oz; 1 bottle liquid coverup 8fl oz; 1 bottle sunless tanning lotion |
| 3 | 1 | Box containing bottle marked BSLPWV Peach Mango cc level, bottle marked partition MD, bottle marked sleepshred, bottle marked anesthetized, bottle with top marked CRV Rel, bottle marked primeur flavor, bottle marked EAAs |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017     **START TIME:** 10:10am     **END TIME:**

**SITE ADDRESS:** 1090 Holland Drive, Suite 1 and 2, Boca Raton, FL

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 120 | Boxes labeled as Dust Extreme Sour Gummy (SG) |
| 2 | 120 | Boxes labeled as Dust (WM) |
| 3 | 120 | Boxes labeled as Dust RI |
| 4 | 120 | Boxes labeled as Dust CC |
| 5 | 14 | Boxes labeled as Dust BS |
| 6 | 22 | Boxes labeled as Dust BL |
| 7 | 120 | Boxes labeled as Dust Extreme PAM |
| 8 | 100 | Boxes labeled as Dust Extreme SGB |
| 9 | 100 | Boxes labeled as Dust WM |
| 10 | 100 | Boxes labeled as Dust RF |
| 11 | 100 | Boxes labeled as Dust BS |
| 12 | 100 | Boxes labeled as Dust BL |
| 13 | 72 | Boxes labeled as Dust PAM |
| 14 | 54 | Boxes labeled as Dust SGB |
| 15 | 75 | Boxes labeled as Dust WM |
| 16 | 78 | Boxes labeled as Dust Misc Flavors |
| 17 | 93 | Boxes labeled as Dust CC |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017

**SITE ADDRESS:** 1090 Holland Drive, Suite 1 and 2, Boca Raton, FL

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 18 | 70 | Boxes labeled as Dust CC |
| 19 | 97 | Boxes labeled as Dust BL |
| 20 | 110 | Boxes Dust BS |
| 21 | 19 | Boxes Gear Support RL |
| 22 | 23 | Boxes Growth Pineapple |
| 23 | 39 | Boxes labeled as PCTV |
| 24 | 31 | Boxes labeled as Cobra Extreme |
| 25 | 114 | Boxes labeled as Brutal 4CE |
| 26 | 100 | Boxes labeled as Gear Support |
| 27 | 129 | Boxes labeled as Brutal 4CE |
| 28 | 128 | Boxes labeled as Brutal 4CE |
| 29 | 83 | Boxes labeled as Eradicate |
| 30 | 106 | Boxes labeled as Chosen 1 |
| 31 | 10 | Boxes labeled as Eradicate |
| 32 | 99 | Boxes labeled as Anogenin |
| 33 | 103 | Boxes labeled as Anogenin |
| 34 | 70 | Boxes labeled as Cobra 6P Extreme |
| 35 | 80 | Boxes labeled as Cobra 6P Extreme |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017

**SITE ADDRESS:** 1090 Holland Drive, Suite 1 and 2, Boca Raton, FL

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 36 | 120 | Boxes labeled as Anestetized |
| 37 | 160 | Boxes labeled as Eradicate |
| 38 | 37 | Boxes labeled as Anesthetized |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017          **START TIME:** 10:10 a.m.          **END TIME:**

**SITE ADDRESS:** 1090 Holland Drive, Suite 1 and 2, Boca Raton, Florida

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | Evidence bag containing (8) bottles, labeled in part, PCTV, 60 capsule/btl, Lot #2046, Exp 12/18 |
| 2 | 1 | Evidence bag containing a total of (8) bottles without lot numbers or expiration dates: PCTV (6); Brutal 4CE (1); Gear Support (1) |
| 3 | 1 | Evidence bag containing (14) bottles labeled as containing Euphoria RX, 16 capsules/btl, Lot #632, Exp 10/18. |
| 4 | 1 | Box containing (63) bottles labeled as containing Bear Support, 90 capsules/btl |
| 5 | 1 | Box (1 of 2) and Evidence Bag (2 of 2) containing a total of 81 bottles labeled as containing Blackstone Labs (Growth, 90 capsules/btl. |
| 6 | 1 | Box containing a total of (33) packets labeled as containing Dust V2, 500ml, 16.9 oz, TGropical Punch |
| 7 | 1 | Box containing a total of (21) bottles labeled as containing Anesthetized Pineapple Sweet Dreams |
| 8 | 1 | Box containing a total of (18) bottles labeled as containing Dust U2 - Blue Sky 300g |
| 9 | 1 | Box containing a total of (11) containers labeled as Dust V2, 250g, 25 servings, Black Lemonade |
| 10 | 1 | Box containing a total of (19) bottles labeled as containing Dust V2 - Red KE, 300g |
| 11 | 1 | Box containing a total of (25) bottles labeled as containing Dust Extreme, 75mg |
| 12 | 2 | Boxes containing a total of (128) bottles labeled as Cobra 6 Extreme Intense Stimulant, 60 capsules/btl |
| 13 | 2 | Boxes containing a total of (27) bottles labeled as Dust Extreme Sour Gummy Bear, 75mg |
| 14 | 2 | Evidence bags containing a total of (9) containers labeled as Dust V2, 30 servings, Watermelon |
| 15 | 2 | Boxes containing a total of (42) bottles labeled as containing Dust V2, Dietary Supplement |
| 16 | 1 | Box containing a total of (27) containers labeled as containing Cobra 6, 60 servings, Kiwi Strawberry Flavor |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017

**SITE ADDRESS:** 1090 Holland Drive, Suite 1 and 2, Boca Raton, Florida

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 17 | 1 | Box containing a total of (94) bottles labeled as containing Brutal 4CE, 60 tablets/btl, Dietary Supplements |
| 18 | 1 | Box containing a total of (14) containers labeled as Dust V2, 30 servings, cut with cotton candy |
| 19 | 1 | Box containing a total of (21) bottles labeled as Dust Extreme Dietary Supplement |
| 20 | 1 | Box containing a total of (20) bottles labeled as Cobra 6, Dietary Supplement |
| 21 | 1 | Box containing a total of (11) bottles labeled Anesthetized - Sleep Formula |
| 22 | 2 | Boxes containing a total of (107) bottles labeled as Cobra 6, 60 caps/btl |
| 23 | 1 | Box containing a total of (15) bottles labeled as PCTV, 60 capsules/btl |
| 24 | 1 | Box containing a total of (155) bottles labeled as Euphoria Rx, 16 Capsules/btl |
| 25 | 3 | Boxes containing a total of (63) bottles labeled as Blackstone Labs, Dust V2, Extreme Pre-Workout Formula - Various Flavors |
| 26 | 1 | Evidence bag containing a total of (11) bottles labeled as Cobra 6 Extreme, 60 capsules |
| 27 | 1 | Evidence bag containing a total of (9) bottles labeled as Gear Support, 90 capsules/btl |
| 28 | 1 | Evidence bag containing a total of (7) bottles labeled as Growth Dietary Supplement, 90 capsules/btl |
| 29 | 1 | Evidence bag containing a total of (9) bottles labeled as Brutal, 60 tablets/btl, Dietary Supplements |
| 30 | 1 | Box containing a total of (75) bottles labeled as Dust V2, Bottle cap Infuser |
| 31 | 1 | Evidence bag containing a total of (3) bottles labeled as Brutal 4CE, 60 tablets/bottle |
| 32 | 1 | Evidence bag containing a total of (6) bottles labeled as Euphoria - Rx, 16 capsules/btl |
| 33 | 1 | Box containing a total of (12) bottles labeled as Blackstone Labs Anesthetized Hardcore Sleep Formula - Pineapple, 25 servings/btl |



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017

**SITE ADDRESS:**  1090 Holland Drive, Suite 1 and 2, Boca Raton, Florida

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 34 | 1 | Box containing a total of (21) bottles labeled as Blackstone Labs, Cobra 6 Extreme, 60 servings/bottle, multiple flavors - (Powder) |
| 35 | 1 | Box containing a total of (15) bottles labeled as Blacksone Labs, Dust Extreme, 75mg of 1.3 - DMAA - 30 servings/btl |
| 36 | 1 | Box containing a total of (15) bottles labeled as Cobra 6 Extreme, 60 capsules/btl |
| 37 | 1 | Box containing a total of (21) bottles labeled as Blackstone Labs PCTV - Post Cycle Therapy, 60 capsules/btl |
| 38 | 1 | Evidence bag containing (6) packs labeled as Angel Dust, Dietary Supplements |
| 39 | 1 | Evidence bag containing a total of (155 ) packets labeled as Dust V2, Dietary Supplement |
| 40 | 1 | Evidence bag containing (1) open container labeled as Dust V2 |
| 41 | 1 | Box containing a total of (9) containers labeled as Cobra 6 Extreme. |
| 42 | 1 | Box containing a total of (4) containers labeled as Gear Support |
| 43 | 1 | Box containing a total of (8) containers labeled as Growth |
| 44 | 1 | Evidence bag containing (3) sealed bottles labeled as Euphoria Rx, 16 Count |
| 45 | 1 | Evidence bag containing (9) bottles labeled as Blackstone Lab Ano-Genn Anabolic Activator, 60 capsules/btl |
| 46 | 1 | Evidence bag containing (6) bottles labeled as Blackstone Labs, Abnormal, 60 tabs/btl |
| 47 | 1 | Evidence bag containing (6) bottles labeled as Blackstone Labs, Crossed 1, 60 tabs/btl |
| 48 | 1 | Evidence bag containing (18) bottles labeled as Blackstone Labs, Eradicate, 90 caps/btl |
| 49 | 1 | Evidence bag containing a total of (3) bottle, (1) labeled as Dust V2 and (2) labeled as PCTV |



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017

**SITE ADDRESS:** 1090 Holland Drive, Suite 1 and 2, Boca Raton, Florida

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 50 | 1 | Evidence bag containing (1) bottle labeled as Cobra 6 Extreme, Kiwi Strawberry Supplement |
| 51 | 1 | Evidence bag containing a total of (5) bottles: (2) bottles labeled as Dust Extreme, 360g; (1) bottle labeled as Grown 165g; (1) bottle labeled as PCT 150g; (1) bottle labeled as Euphoria Rx, 16 capsules |
| 52 | 1 | Evidence bag containing a total of (11) bottles: (3) labeled as Dust Extreme, 360g; (2) bottles labeled as Anesthetized, 25 servings; (4) bottles labeled as Dust V2 300g; (1) bottle labeled as Growth, 90 capsules; (1) bottle labeled as Brutal 4CE, 60 tablets; and (1) bottle labeled as Euphoria Rx, 16 capsules |
| 53 | 1 | Evidence bag containing (1) bottle containing black pills labeled as Eradicate 90 capsules, Exp 5/18, Lot 36D |



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017     **START TIME:** _____     **END TIME:** _____

**SITE ADDRESS:** 1140 HOLLAND DRIVE, SUITE 12, BOCA RATON, FL

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | Apple iMAC model # A1419 bearing Serial #C02Q113DFY11 and power cord, SCERS # S1RIC1D1 |
| 2 | 1 | Apple iMAC model # A1418 bearing Serial # C02L7480F8J2 and power cord, SCERS # S1RIC2D1 |
| 3 | 1 | Apple iMAC model # A1419 bearing Serial # C02P33LOFY11 and power cord, SCERS # S1RHC2D1 |
| 4 | 1 | Apple iMAC model # A1419 bearing Serial # C02Q24BJF8J4 and power cord, SCERS # S1RPC3D1 |
| 5 | 1 | Forensic image of Apple iPhone Model # MKUQ2LL bearing Serial #F2LRFASVGRWV, SCERS #S1RPC1D1. |
| 6 | 1 | Forensic image of Apple iPhone Model # MGC52LL bearing Serial #F2LPCAJCG5QJ, SCERS #S1RPC2D1. |
| 7 | 1 | Forensic image of Apple iPhone Model # MN5T2LL bearing Serial #F2LSRC25HFXW, SCERS #S1RHC1D1. |
| 8 | 1 | Apple laptop Model # A1466 bearing Serial # C02NVDWJG085 and power block, SCERS # S1RFC1D1. |
| 9 | 1 | Apple iMAC model # A1418 bearing Serial #C02QD3Q8GG77 and power cord, SCERS # S1RIC3D1. |
| 10 | 1 | Seagate SATA Drive model # SRD00F1 bearing Serial # NA97FTKY, SCERS # S1RPC4D1 |
| 11 | 1 | Seagate SATA Drive model # SRD00F1 bearing Serial # NA7R9MYR with handwritten label-Aaron Singerman Desktop Backup 05/24/16, SCERS # S1RHC3D1 |
| 12 | 1 | Western Digital SATA Drive model # WDBYNW0010BBK-08 bearing Serial # WX71A86K5C6C with handwritten label-Chris E. laptop backup Jan 9th 2017, SCERS # S1RHC4D1 |
| 13 | 1 | Western Digital SATA Drive model # WDBUZG0010BBK bearing Serial # WX71EB3CDW46, SCERS # S1RHC5D1 |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

**SERIAL NO:** 16 - 0166 - 19169

# INVENTORY OF EVIDENCE

**CASE NUMBER:** 16 - MIF - 735 - 0166

**INVENTORY DATE:** 02/16/2017

**DATE RECEIVED:** 02/16/2017

**CASE TITLE:** BLACKSTONE LABS, LLC

**INVENTORIED BY:** SA SCHILLINGER

**SOURCE:** 1090 HOLLAND DRIVE, SUITES 1,2 BOCA RATON, FL

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | Apple iMAC model # A1419 bearing Serial #C02Q113DFY11 and power cord, SCERS # S1RIC1D1 |
| | BOX: | ROOM: I   FIXTURE: Desk-Phillip Braun   LOCATING AGENT: SA ZUMWALT |
| 2 | 1 | Apple iMAC model # A1418 bearing Serial # C02L7480F8J2 and power cord, SCERS # S1RIC2D1 |
| | BOX: | ROOM: I   FIXTURE: Desk-Salvina Laila Vitale   LOCATING AGENT: SA ZUMWALT |
| 3 | 1 | Apple iMAC model # A1419 bearing Serial # C02P33LOFY11 and power cord, SCERS # S1RHC2D1 |
| | BOX: | ROOM: H   FIXTURE: Desk-David Winsauer   LOCATING AGENT: SA ZUMWALT |
| 4 | 1 | Apple iMAC model # A1419 bearing Serial # C02Q24BJF8J4 and power cord, SCERS # S1RPC3D1 |
| | BOX: | ROOM: P   FIXTURE: Desk-Richard Newton   LOCATING AGENT: SA ZUMWALT |
| 5 | 1 | Forensic image of Apple iPhone Model # MKUQ2LL bearing Serial #F2LRFASVGRWV, SCERS #S1RPC1D1. |
| | BOX: | ROOM: P   FIXTURE: Desk-James Boccuzzi   LOCATING AGENT: SA SCHILLINGER |
| 6 | 1 | Forensic image of Apple iPhone Model # MGC52LL bearing Serial #F2LPCAJCG5QJ, SCERS #S1RPC2D1. |
| | BOX: | ROOM: P   FIXTURE: Desk-Richard Newton   LOCATING AGENT: SA SCHILLINGER |
| 7 | 1 | Forensic image of Apple iPhone Model # MN5T2LL bearing Serial #F2LSRC25HFXW, SCERS #S1RHC1D1. |
| | BOX: | ROOM: H   FIXTURE: David Winsauer   LOCATING AGENT: SA SCHILLINGER |
| 8 | 1 | Apple laptop Model # A1466 bearing Serial # C02NVDWJG085 and power block, SCERS # S1RFC1D1. |
| | BOX: | ROOM: F   FIXTURE: Backpack-James Boccuzzi   LOCATING AGENT: SA MENDOZA |
| 9 | 1 | Apple iMAC model # A1418 bearing Serial #C02QD3Q8GG77 and power cord, SCERS # S1RIC3D1. |
| | BOX: | ROOM: I   FIXTURE: Desk-Amber   LOCATING AGENT: SA ZUMWALT |

___ Evidence
___ Custodian
___ Case File



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF EVIDENCE

**CASE NUMBER:** 16 - MIF - 735 - 0166    **SERIAL NO:** 16 - 0166 - 19169

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 10 | 1 | Seagate SATA Drive model # SRD00F1 bearing Serial # NA97FTKY, SCERS # S1RPC4D1 |
| | **BOX:** | **ROOM:** P    **FIXTURE:** Desk-Richard Newton    **LOCATING AGENT:** SA ZUMWALT |
| 11 | 1 | Seagate SATA Drive model # SRD00F1 bearing Serial # NA7R9MYR with handwritten label-Aaron Singerman Desktop Backup 05/24/16, SCERS # S1RHC3D1 |
| | **BOX:** | **ROOM:** H    **FIXTURE:** Desk-David Winsauer    **LOCATING AGENT:** SA ZUMWALT |
| 12 | 1 | Western Digital SATA Drive model # WDBYNW0010BBK-08 bearing Serial # WX71A86K5C6C with handwritten label-Chris E. laptop backup Jan 9th 2017, SCERS # S1RHC4D1 |
| | **BOX:** | **ROOM:** H    **FIXTURE:** Desk-David Winsauer    **LOCATING AGENT:** SA ZUMWALT |
| 13 | 1 | Western Digital SATA Drive model # WDBUZG0010BBK bearing Serial # WX71EB3CDW46, SCERS # S1RHC5D1 |
| | **BOX:** | **ROOM:** H    **FIXTURE:** Desk-David Winsauer    **LOCATING AGENT:** SA ZUMWALT |

## CHAIN OF CUSTODY

| ITEM #(s) | DATE | ACTION | TRACKING | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 02/16/2017     **START TIME:** 10:10am     **END TIME:** _____

**SITE ADDRESS:** 1090 HOLLAND DRIVE, SUITE 1&2, BOCA RATON, FL

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 1 | 1 | Evidence bag containing 3 manila folders with potential attorney-client documents |

OCI Form 4200