UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80030-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs.

PHILLIP BRAUN,
AARON SINGERMAN,
ANTHONY VENTRELLA,
DAVID WINSAUER
JAMES BOCCUZZI,
BLACKSTONE LABS, LLC, and
VENTECH LABS, LLC,

      **Defendants.**
_____/

## NOTICE OF COMPLIANCE

The United States, by and through undersigned counsel, hereby respectfully submits its response to the Court's March 4, 2020 Order (ECF No. 313). As the Court stated, "[h]ere, the Indictment informs the defendants of the charges against them with sufficient precision to allow them to prepare their defenses, to minimize surprises at trial, and to enable them to plead double jeopardy in the event there is a later prosecution." Order at ¶ 3, ECF No. 313. Nonetheless, the government agreed to provide more specific information on various terms in the Indictment as requested by the defendants and listed in the Court's Order, id. at ¶ 5. The relevant information is as set forth below. In addition, the government will produce to all remaining defendants via letter one or more Bates numbers for documents, along with the specific locations of documents without Bates numbers, that reference the relevant terms, products, or ingredients below. The defendants should not misinterpret the Bates numbers as all of the government's evidence, as they are merely representative examples intended to assist the defense in preparation for trial.

1

1. In paragraph 6, Manner and Means of Count 1, Conspiracy to Defraud the United States and to Commit Mail and Wire Fraud, the term "illegal and unsafe ingredients" refers to the following ingredients imported from China by defendant Anthony Ventrella, Unindicted Co-conspirator 1, and Unindicted Co-conspirator 2:[1]

    A. Dimethazine AKA dymethazine;
    B. Methylstenbolone;
    C. Methyl-1-etiocholenolol AKA methyl-1-etiocholenolol-epietiocholoanolone;
    D. Trendione;
    E. Halodrol;
    F. Epistane;
    G. Methylclostebol;
    H. 6-chlorotestosterone AKA hexadrone;
    I. DMAA AKA 1,3 dimethylamylamine AKA 1,3 dimethyl AKA 1,3 DMAA;
    J. Ostarine AKA enobosarm;
    K. LGD 4033 AKA ligandrol;
    L. MK-677 AKA ibutamoren;
    M. Adrafinil;
    N. Picamilon AKA pikatropin;
    O. Noopept;
    P. Arimistane.

2. In Paragraph 7, Manner and Means of Count 1, Conspiracy to Defraud the United States and to Commit Mail and Wire Fraud, the term "among other things" refers to the following other ways – set forth in the Indictment – that "Phillip Braun and Aaron Singerman caused Blackstone to evade FDA's regulatory authority and disregard requirements of the FDCA":

| General Allegations ¶ 1-3 | All acts that disregard the requirements discussed in General Allegations 1-3 |
|---|---|
| General Allegations ¶ 25 | "Aaron Singerman and Phillip Braun established Fight Pharm so they could shift the sale of drugs and other products from Blackstone to Fight Pharm and to hide such sales from the FDA" |
| Manner and Means ¶ 4 | "falsely marketed the company's products as cutting-edge dietary supplements, designed to safely promote muscle growth and strength, and enhance physical and mental performance" |
| Manner and Means ¶ 5 | "falsely telling customers that the company's products were legal and were dietary supplements" |
| Manner and Means ¶ 6 | "ordered unsafe and illegal ingredients from China imported into the United States with false and |

---

[1] The government produced the names of the unindicted co-conspirators via email to defense counsel on April 25, 2019.

2

| | |
|---|---|
| | fraudulent documentation, hiding the true contents from FDA" |
| Manner and Means ¶ 8 | causing "Blackstone's advertisements to falsely claim: 'All our products are manufactured in an FDA approved, registered and inspected facility that maintains GMP [Good Manufacturing Practices] certifications and follows all FDA guidelines" |
| Manner and Means ¶ 10 | "created, and caused the creation of, fraudulent documents and records, and lied to customers" |
| Manner and Means ¶ 11 | "distributed hundreds of thousands of bottles of illegal products nationwide and outside the United States . . . that violated the FDCA" |
| Manner and Means ¶ 12 | "falsely promising to stop selling products that violated the FDCA," yet "continued distributing illegal products through Blackstone, Fight Pharm, and other entities" |
| Overt Acts | Specific examples of evading FDA's regulatory authority and disregarding requirements of the FDCA are Overt Acts 4-6, 12, 13, 16-20, 22-24, 26, 28-31, 33-40. |

3. In Manner and Means Paragraph 9, of Count 1, Conspiracy to Defraud the United States and to Commit Mail and Wire Fraud, the term "various products" refers to the following products:

   A. All products that included or had a label listing the following ingredients:

      a. Dimethazine AKA dymethazine;
      b. Methyl-1-etiocholenolol AKA methyl-1-etiocholenolol-epietiocholoanolone;
      c. Methylstenbolone;
      d. Trendione;
      e. Halodrol;
      f. Epistane;
      g. Ostarine aka enobosarm;
      h. LGD 4033 AKA ligandrol;
      i. MK-677 AKA ibutamoren;
      j. Picamilon AKA pikatropin.

   B. Products distributed under the names:

      a. Blackstone Labs Super DMZ RX 2.0;
      b. Blackstone Labs Alpha 1 Max;
      c. Blackstone Labs Halo Elite;
      d. Blackstone Labs Super Trenabol;
      e. Blackstone Labs Epi Smash;

3

      f. Blackstone Labs Ostapure;
      g. Blackstone Labs PCT IV AKA Post Cycle Therapy IV;
      h. Blackstone Labs LGD Elite;
      i. Blackstone Labs MK Ultra.

  C. The various products were then also distributed under the names:

      a. Fight Pharm Methyl DMZ;
      b. Fight Pharm Alpha Extreme;
      c. Fight Pharm Trendione 25;
      d. Fight Pharm Epianabol;
      e. Fight Pharm Halodbol;
      f. Fight Pharm Osta Pro;
      g. Fight Pharm LGD Ultra;
      h. Fight Pharm MK Inferno
      i. Outlier Nutrition Methyl DMZ;
      j. Outlier Nutrition Alpha Xtreme;
      k. Outlier Nutrition MK Inferno.

4. In Paragraph 11(e), Manner and Means of Count 1, Conspiracy to Defraud the United States and to Commit Mail and Wire Fraud, the term "other products that violated the FDCA" includes:

  A. All other products that included or had a label listing the following ingredients:

      a. Dimethazine AKA dymethazine;
      b. Methyl-1-etiocholenolol AKA methyl-1-etiocholenolol-epietiocholoanolone;
      c. Methylstenbolone;
      d. Trendione;
      e. Halodrol;
      f. Methasterone AKA Superdrol;
      g. Epistane;
      h. Androsterone;
      i. 6-chlorotestosterone AKA hexadrone;
      j. Ostarine AKA enobosarm;
      k. LGD 4033 AKA ligandrol;
      l. MK-677 AKA ibutamoren;
      m. Picamilon AKA pikatropin;
      n. DMBA AKA Amp Citrate AKA Amperall;
      o. DMAA AKA 1,3 dimethylamylamine AKA 1,3 dimethyl AKA 1,3 DMAA;
      p. Arimistane;
      q. Adrafanil;
      r. Noopept;

      s.  Phenibut.

  B.  Products distributed under the names[2]:

      a.  Blackstone Labs Super DMZ RX 2.0;
      b.  Blackstone Labs Alpha 1 Max;
      c.  Blackstone Labs Halo Elite;
      d.  Blackstone Labs Super Trenabol;
      e.  Blackstone Labs Metha-Drol Extreme;
      f.  Blackstone Labs Methaquad Extreme;
      g.  Blackstone Labs Epi Smash;
      h.  Blackstone Labs Ostapure;
      i.  Blackstone Labs PCT IV AKA Post Cycle Therapy IV;
      j.  Blackstone Labs Euphoria RX AKA Euphoria;
      k.  Blackstone Labs Growth;
      l.  Blackstone Labs Anesthetized;
      m.  Blackstone Labs Brutal 4ce;
      n.  Blackstone Labs Chosen 1;
      o.  Blackstone Labs Angel Dust;
      p.  Blackstone Labs Dust V2;
      q.  Blackstone Labs Dust Extreme;
      r.  Blackstone Labs Cobra 6P Extreme;
      s.  Blackstone Lab The Razors Edge;
      t.  Fight Pharm Methyl DMZ;
      u.  Fight Pharm Alpha Max;
      v.  Fight Pharm Trendione 25;
      w.  Fight Pharm Epianabol;
      x.  Fight Pharm Halodrol;
      y.  Fight Pharm Ostapro;
      z.  Andropharm M1 Alpha;
      aa.  Andropharm Sten Z;
      bb.  Andropharm Osta Growth;
      cc.  Biohacker Labs Golem;
      dd.  Competitive Edge Labs M-DROL;
      ee.  Dark Cyde Reign Extreme;
      ff.  Dragon Pharma Black Viper;
      gg.  Dragon Pharma Hydra;
      hh.  Dragon Pharma Typhon;
      ii.  Ergogen Labs Di-Stenaplex;
      jj.  Ergogen Labs Androbolan;
      kk.  Outlier Nutrition Heatwave;
      ll.  Outlier Nutrition Methyl DMZ;
      mm.  Outlier Nutrition Alpha Xtreme;
      nn.  Outlier Nutrition MK Inferno;

---

[2] For clarity, this list also includes products described in paragraphs 11(a) – (d) of the Manner and Means of Count 1, Conspiracy to Defraud the United States and to Commit Mail and Wire Fraud.

        oo. Muscle Rage The Ultimate;
        pp. Muscle Metabolix SPR DMZ;

    C. Products listed in Exhibit A, ECF No. 40-1, Docket No. 9:18-cv-91352-KAM, ECF No. 40-1 (Aug. 5, 2019).

5. In Paragraph 11(c), Manner and Means of Count 1, the term "Angel Dust" refers to the Blackstone Labs product "Angel Dust," which was also the subject of the April 25, 2015 Warning Letter referenced in Overt Act 12. The term "Amp Citrate" refers to the ingredient as named by Blackstone Labs on the Angel Dust product label, and, as noted in Paragraph 11(c), has a chemical name of 4-amino-2-methylpentane citrate, and is also referred to as "DMBA" and "Amperall."

6. In Paragraph 11(a), Manner and Means of Count 1, the designer steroids include:

    A. Products distributed under the names:

        a. Blackstone Labs Super DMZ RX 2.0;
        b. Blackstone Labs Alpha 1 Max;
        c. Blackstone Labs Halo Elite;
        d. Blackstone Labs Super Trenabol;
        e. Blackstone Labs Metha-Drol Extreme;
        f. Blackstone Labs Methaquad;
        g. Blackstone Labs Epi Smash;
        h. Fight Pharm Methyl DMZ;
        i. Fight Pharm Alpha Extreme;
        j. Fight Pharm Trendione 25;
        k. Fight Pharm Epianabol;
        l. Fight Pharm Halodbol;
        m. Outlier Nutrition Methyl DMZ;
        n. Outlier Nutrition Alpha Xtreme.

    B. These products included or were labeled to include one or more of the following ingredients:

        a. Dimethazine AKA dymethazine;
        b. Methyl-1-etiocholenolol AKA methyl-1-etiocholenolol-epietiocholoanolone;
        c. Methylstenbolone;
        d. Trendione;
        e. Halodrol;
        f. Methasterone AKA Superdrol;
        g. Epistane.

7. In Paragraph 11(b), Manner and Means of Count 1, the SARMs include:

    A. Products distributed under the names:

        a. Blackstone Labs Ostapure;
        b. Blackstone Labs PCT IV AKA Post Cycle Therapy IV;
        c. Blackstone Labs LGD Elite;
        d. Blackstone Labs MK Ultra;
        e. Fight Pharm Osta Pro;
        f. Fight Pharm LGD Ultra;
        g. Fight Pharm MK Inferno;

    B. These products included or were labeled to include one or more of the following ingredients:

        a. Ostarine AKA enobosarm;
        b. LGD 4033 AKA ligandrol;
        c. MK-677 AKA ibutamoren.

8. In Paragraph 11(c), Manner and Means of Count 1, the stimulants include:

    A. Products distributed under the names:

        a. Blackstone Labs Angel Dust;
        b. Blackstone Labs Dust V2;
        c. Blackstone Labs Dust Extreme;
        d. Blackstone Labs Cobra 6P Extreme.

    B. These products included or labeled one or more of the following ingredients:

        a. Amp Citrate, AKA DMBA, 4-amino-2-methylpentane citrate, AKA Amperall;
        b. DMAA AKA 1,3 dimethylalamine.

9. In Paragraph 11(d), Manner and Means of Count 1, the nootropics include:

    A. Products distributed under the names:

        a. Blackstone Labs Anesthetized;
        b. Blackstone Labs Euphoria RX;
        c. Blackstone Labs Growth;
        d. Blackstone Labs The Razor's Edge.

    B. These products included or labeled one or more of the following ingredients:

        a. Picamilon AKA pikatropin;
        b. Phenibut;
        c. Noopept;

      d.   Adrafanil.

10. In Paragraph 12, Manner and Means, Count 1, the term "illegal products" refers to the products listed above for Manner and Means Paragraph 11.

11. Overt Act 9, Count 1, the term "raw ingredients" refers to the ingredients listed in the September 17, 2014 email, namely:

    A. "Epi" (epistane);
    B. "Dmz" (dimethazine);
    C. "Trenvar" (trendione);
    D. "Msten" (methylstenbolone);
    E. "M-clos" (Methylclostebol).

12. Overt Act 33, Count 1, the "illegal dietary supplement product" refers to the product distributed as Blackstone Labs The Razor's Edge.

13. Overt Act 34, Count 1, the "raw ingredient" refers to DMAA AKA 1,3 dimethylamylamine AKA 1,3 dimethyl AKA 1,3 DMAA.

14. In Count 5, Distribution of a Controlled Substance in violation of 841(a)(1), the product name was Super DMZ RX 2.0 and the controlled substances were sent to 70 Batesville Boulevard, Suite A, Batesville, Arkansas.

15. In Count 6, Distribution of a Controlled Substance in violation of 841(a)(1), the product name was Super DMZ RX 2.0 and the controlled substances were sent to 70 Batesville Boulevard, Suite A, Batesville, Arkansas.

16. In Count 7, Distribution of a Controlled Substance in violation of 841(a)(1), the product name was Super DMZ RX 2.0 and the controlled substances were sent to 1856 N. Nob Hill Road #156, Plantation, Florida, 33322.

                              Respectfully submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

                              GUSTAV W. EYLER
                              DIRECTOR
                              U.S. DEPARTMENT OF JUSTICE
                              CONSUMER PROTECTION BRANCH

                                */s/ Alistair Reader*
                       By:   ALISTAIR F. A. READER
                              Court ID A5502377

>STEPHEN J. GRIPKEY
>Court ID A5502620
>Trial Attorneys
>DAVID A. FRANK
>Court ID A5500486
>Senior Litigation Counsel
>U.S. Department of Justice
>Consumer Protection Branch
>450 Fifth Street, NW Suite 6400-South
>Washington, DC 20001
>Alistair.F.Reader@usdoj.gov
>(202) 353-9930
>Stephen.Gripkey@usdoj.gov
>(202) 307-0048
>David.Frank@usdoj.gov
>(202) 307-0061
>(202) 514-8742 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2020, a copy of the foregoing document was filed electronically with the Clerk of the Court by way of the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of CM/ECF system. Parties may access this filing through the CM/ECF system.

>             */s/ Alistair Reader*
>Alistair F. A. Reader
>Trial Attorney
>U.S. Department of Justice

9