UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 19-80030-CR-DIMITROULEAS

    Plaintiff,

v.

PHILLIP BRAUN, et al,

    Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on Defendant Ventrella's June 18, 2020 Motion to Compel Production of Impeachment Evidence [DE-385], and the Court having reviewed said motion, the Government's July 2, 2020 Response [DE-386] and Defendant's July 14, 2020 Reply [DE-389] and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion to Compel [DE-385] is Denied. Dr. Hayashi treated C.H. in 2015; FDA hired him in 2020. The request for records is speculative and borders on a fishing expedition. The Government is aware of its *Brady* obligations. The results of the Government's June 5, 2020 interview with Dr. Hayashi have been divulged to Defendants. Defendants will be able to cross-examine Dr. Hayashi about his motivations in seeking employment with FDA. Nevertheless, the Government shall have a copy of Dr. Hayashi's FDA employment file available during cross-examination of Dr. Hayashi should the Court want to conduct an *in camera* review of it.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 14th day of July, 2020.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record