# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 19-80030-CR-DIMITROULEAS/MATTHEWMAN

**UNITED STATES OF AMERICA**

**vs.**

**PHILLIP BRAUN, AARON SINGERMAN,
ANTHONY VENTRELLA, JAMES BOCCUZZI,
DAVID WINSAUER, BLACKSTONE LABS, LLC,
and VENTECH LABS,**
          **Defendants.**
_____/

## PROPOSED ORDER GRANTING DEFENDANTS' JOINT AND UNOPOSED MOTION TO FURTHER EXTEND EXPERT DISCOVERY DEADLINE

Upon the Joint Unopposed Motion to Further Extend the Expert Discovery Deadline until February 22, 2021 (DE420), and finding request is consistent with the interests of justice and will not unfairly delay these proceedings, it is hereby ORDERED that the expert discovery deadline is extended until February 22, 2021.

DONE and ORDERED on February 9, 2021, in Fort Lauderdale, Broward County, in the Southern District of Florida.

**WILLIAM P. DIMITROULEAS**
United States District Judge

Copy to counsel