UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-80030-CR-DIMITROULEAS/MATTHEWMAN

**UNITED STATES OF AMERICA**

vs.

**PHILLIP BRAUN, AARON SINGERMAN,
ANTHONY VENTRELLA, JAMES BOCCUZZI,
DAVID WINSAUER, BLACKSTONE LABS, LLC,
and VENTECH LABS,**
  **Defendants.**
_____/

**DEFENDANTS' JOINT NOTICE OF CORRECTED EXPERT
DISCOVERY DISCLOSURE OF DR. DANIEL BUFFINGTON**

Defendants Phillip Braun, Aaron Singerman, Anthony Ventrella, James Boccuzzi, David Winsauer, Blackstone Labs, LLC, and Ventech Labs jointly tendered their Corrected Expert Discovery Disclosure of Dr. Daniel Buffington to counsel for the United States.

**Dr. Daniel E. Buffington, Pharm.D.**

The Corrected Expert Summary of Dr. Daniel E. Buffington, Pharm.D. is provided to the government, with Exhibits A, B, and C attached.

Respectfully submitted,

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293
**JOHAN DOS SANTOS**
Florida Bar No. 1025373
**KUEHNE DAVIS LAW, P.A.**
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Tel: 305.789.5989
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

*/s/ Robert J. Buonauro*
**ROBERT J. BUONAURO, BCS, LLC**
435 Canal Street, Suite 208
New Smyrna Beach, FL 32168
(407) 841-1940
Robert@buonauro.com
Florida Bar No. 150756

*S/ Richard Lubin*
**RICHARD LUBIN**
**AMY MORSE**
707 N. Flagler Drive
West Palm Beach, FL 33401
rich@lubinlaw.com
debi@lubinlaw.com
amy@morselegal.com

*S/ Nancy Vorpe Quinlan*
**NANCY VORPE QUINLAN**
515 North Flagler Drive, Suite 701
West Palm Beach, FL 33401
nquinlan@palmbeachdefense.com

*S/ J. Stephen Salter*
**J. STEPHEN SALTER**
8975 Pompano Way
Gulf Shores, AL 36542-8123
umstakwit@aol.com

*S/ Robert L. Shearin*
**ROBERT L. SHEARIN**
1700 South Federal Hwy, Suite 501
Boca Raton, FL 33432
RLshearin1@yahoo.com

## CERTIFICATE OF SERVICE

I certify on February 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing

generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

                                                By:   *S/ Benedict P. Kuehne*
                                                            **BENEDICT P. KUEHNE**