**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                CASE NO.: 19-CR-80030 (WPD)

PHILLIP BRAUN, et al.,

Defendants.

_____/

**JOINT MOTION FOR STATUS CONFERENCE BY "ZOOM"
TO DISCUSS ANTICIPATED TRIAL LOGISTICS AND LOCATION**

Comes now the defendants James Boccuzzi, Phillip Braun, Aaron Singerman, David Winsauer, Anthony Ventrella, Blackstone Labs, LLC, and Ventech Labs, LLC, jointly with counsel for the United States of America, and hereby jointly move the Court to schedule a Status Conference via "Zoom" or other remote technology to discuss the trial's anticipated logistics and location, and such other matters as might be of assistance to the Court:

1. No previous motion seeking this relief has been filed.

2. All parties are aware of the many difficulties encountered by the Court in resuming jury trials in criminal and civil cases in view of the issues created by the pandemic.

3. Counsel simply desire to clarify exactly which courthouse this Court will be using for trial of this case so they can make orderly preparation and planning for their personal logistics and lodging.

4. The trial date is rapidly approaching and booking lodging for those requiring it and witnesses for all parties is becoming more expensive and problematic with the

increased demand that the weather in south Florida provides to many from colder climates as late fall and winter approach.

WHEREFORE, for the foregoing reasons, the parties jointly and respectfully request that this Court enter an order setting a Status Conference by "Zoom" or other remote technology

Dated: May 27, 2021

Respectfully submitted,

/s/ Robert Buonauro
ROBERT J. BUONUARO, B.C.S.
435 Canal Street, Suite 208
New Smyrna Beach, FL 32168
Tel: 407-841-1940
Fax: 407-649-1936
Florida Bar No. 150756
robert@buonauro.com
Counsel for David Winsauer

/s/ Benedict P. Kuehne
BENEDICT P. KUEHNE
Florida Bar No. 233293
KUEHNE DAVIS LAW, P.A.
100 S.E. 2nd St., Suite 3105
Miami, FL 33131-2154
Tel: 305-789-5989
Fax: 305-789-5987
ben.kuehne@kuehnelaw.com
efiling@kuehnelaw.com
Counsel for Phillip Braun

/s/ Michael T. Davis
MICHAEL T. DAVIS
Florida Bar No.: 63374
KUEHNE DAVIS LAW, P.A.
100 S.E. 2nd St., Suite 3105
Miami, FL 33131-2154
Tel: 305-789-5989
Fax: 305-789-5987
mdavis@kuehnelaw.com
efiling@kuehnelaw.com
Counsel for Blackstone Labs, LLC

/s/ Susan Dmitrovsky
SUSAN DMITROVSKY
Florida Bar No. 73296
KUEHNE DAVIS LAW, P.A.
100 S.E. 2nd St., Suite 3105
Miami, FL 33131-2154
Tel: 305-789-5989
Fax: 305-789-5987
susand@kuehnelaw.com
Counsel for Blackstone Labs, LLC

/

/s/ Richard G. Lubin
RICHARD G. LUBIN, P.A.
707 North Flagler Drive
West Palm Beach, FL 33401
Telephone: 561-655-2040
Facsimile: 561-655-2182
Email: rich@lubinlaw.com
Counsel for Aaron Singerman
RICHARD G. LUBIN
Fla. Bar No. 182249

/s/ Amy Morse
AMY MORSE, ESQ.
Morse & Morse, LLC
Of Counsel to Richard G. Lubin, P.A.
707 North Flagler Drive
West Palm Beach, FL 33401
T: (561) 651-4145;
F: (561) 655-2182
Email: amy@morselegal.com
FL Bar No.: 0388475
Counsel for Aaron Singerman


/s/ Nancy Quinlan
NANCY VORPE QUINLAN
515 North Flagler Drive, Suite 701
West Palm Beach, FL 33401
T: (561) 721-0552
F: (561) 329-9902
Bar No.: 593532
nquinlan@palmbeachdefense.com
Counsel for Anthony Ventrella

/s/ J. Stephen Salter
J. STEPHEN SALTER
8975 Pompano Way
Gulf Shores, Al 36542

T: (205) 585-1776
umstakwit@aol.com
Counsel for James Boccuzzi

/s/ Robert L Shearin
ROBERT L. SHEARIN
1700 South Federal Highway, Suite 501
Boca Raton, FL 33432
T: (561) 706-7572
F: (561) 429-2987
R1shearin1@yahoo.com
Bar No.: 47759
Counsel for Ventech Labs, LLC

## CERTIFICATE OF CONFERENCE (LOCAL RULE 88.9A)

This motion is being filed as a joint motion with the assent of all parties.

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, a copy of the foregoing document was filed electronically with the Clerk of the Court by way of the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of CM/ECF system. Parties may access this filing through the CM/ECF system.

/s/ Robert Buonauro
ROBERT J. BUONUARO, B.C.S.