UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-80030-CR-DIMITROULEAS/MATTHEWMAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

PHILLIP BRAUN,
AARON SINGERMAN,
ANTHONY VENTRELLA,
JAMES BOCCUZZI,
DAVID WINSAUER,
BLACKSTONE LABS, LLC,
VENTECH LABS, LLC
    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE AND RESET TRIAL DUE TO COVID-19 PANDEMIC

Defendants Phillip Braun, Aaron Singerman, Anthony Ventrella, James Boccuzzi, David Winsauer, Blackstone Labs, LLC, and Ventech Labs, LLC by and through their undersigned counsel move this Court for an Order continuing the trial of this cause which is currently scheduled to commence on October 12, 2021. The grounds for this motion are that the COVID pandemic, being fueled by the virulent Delta variant, is rampant and out of control in Florida, and specifically in Broward County, Florida. This significantly increases the chances that counsel, the defendants, jurors and court personnel will become infected causing disastrous consequences. In support of this motion, defendants further state:

    1.    This matter is currently scheduled for a Calendar Call on Friday, October 8, 2021 with the Trial Docket commencing on Tuesday, October 12, 2021. The parties believe that this case will be "first up" for trial on October 12, 2021.

2. None of the defendants are in custody. Each Defendant has previously waived Speedy Trial and agree to execute written waivers of Speedy Trial should the Court grant the requested continuance.

3. In addition to Defendants Braun, Singerman, Ventrella, Boccuzzi and Winsauer, Counsel believes that the defense team will be comprised of approximately fifteen (15) additional individuals: ten (10) defense attorneys, a minimum of two (2) paralegals, and three (3) consulting attorneys.

4. According to statistics published in the New York Times; the daily average of infections in Broward County has increased by 62% in the past two (2) weeks.

5. The new case positivity rate through August 16, 2021 for the State of Florida is now at 19.3%. Broward County's new case positivity rate according to the Center for Disease Control (CDC) is currently at 16.56%.

6. As of August 18, 2021, Broward County hospitals are at 97% capacity with only 153 available beds.

7. All of these statistics demonstrate that the COVID-19 pandemic continues to surge and is likely being fueled by unvaccinated citizens and tourists.

8. Lead counsel for each of the defendants charged in this case is over the age of 65. Four (4) of the lead counsel are over 70 years of age. Advanced age significantly increases the potential effects of a COVID infection and susceptibility.

9. Additionally, because of the COVID Delta Variant's ease of transmission (it is reported to be roughly 60% more transmissible than the Alpha Variant) and seriousness, it is expected that booster doses of both the Moderna and Pfizer COVID vaccines will be authorized in

the future.

10. Booster vaccine doses are in the authorization process because studies have shown that immunity begins to wane approximately eight (8) months post vaccination and because the Delta Variant is so transmissible, "skirts" some of the vaccine protections, and is causing breakthrough COVID infection in those that are fully vaccinated.

11. Additionally, certain defense counsel family members are at high risk for serious consequences if they are infected due to age and other health conditions.

  A. Benedict Kuehne, counsel for Phillip Braun, and his wife are the primary caretakers for Mrs. Kuehne's mother and father who are both in their 90s. Because of their advanced age, Mr. Kuehne's in-laws have very little outside contact with anyone other than their daughter and son-in-law and rely on them tremendously for day to day life.

  B. Nancy Quinlan, counsel for Anthony Ventrella, has a family member in her household that is currently immunologically compromised.

  C. Co-counsel for Blackstone Labs, Susan Dmitrovsky's 97-year-old mother, lives in Boca Raton in a skilled nursing facility. Ms. Dmitrovsky and her husband are the only local family able to assist with her care as Ms. Dmitrovsky's siblings all live out of state.

12. Although the Court has informed counsel that certain seating and safety procedures will be in place for this trial the risk of exposure to the virus is significant now and will likely be greater at the time of trial. Counsel will by necessity have to consult regularly with co-counsel, and with counsel for the other defendants, with government lawyers and with court personnel, thereby increasing the likelihood of getting a COVID infection.

13. Counsel for Defendants Winsauer and Boccuzzi do not live in the Southern District of Florida and will have to travel by car and plane respectively to Broward County for the Trial

increasing the number of people they come into contact with and increasing their chance of COVID exposure and infection in addition to the risks present in the Courtroom.

14. Defense counsel all feel that based on what is known about the Delta Variant, forcing them to trial puts them and those close to them at serious risk of infection and urge the Court to postpone this case. Defense counsel believe that the case should be stricken from the October Trial Docket and reset for Trial on or after March 25, 2022.

15. This motion is made in good faith and not for the purposes of any unnecessary delay. There will be no prejudice to any party by the Court granting the requested continuance.

16. Richard G. Lubin, Esq., Counsel for Defendant Singerman and on behalf of all counsel and defendants provided a draft of the instant motion to government counsel Alistair Reader, who advised counsel that the Government does not oppose this motion and requested inclusion of the following information:

> "Government counsel do not disagree with the concerns raised by defense counsel, and likewise share concerns for the safety of counsel, court personnel, witnesses, and family members. This trial will involve multiple weeks of trial with numerous parties, defense counsel, and dozens of witnesses, many of whom will have to travel from out-of-state. Such travel increases risks and exposure for all individuals present in court, as well for those travelers' families. The government agrees with the defense that setting a March 25, 2022, or later trial call, with the trial set for the following week, is most likely to accommodate the challenges of this particular trial."

17. Should the Court desire to hear additional information from Counsel about the requested continuance the parties have no objection to a status conference being scheduled via zoom at a time convenient to the Court.

**WHEREFORE**, for the reasons set forth above, Defendants, Phillip Braun, Aaron Singerman, Anthony Ventrella, James Boccuzzi, David Winsauer, Blackstone Labs, LLC and Ventech Labs, LLC respectfully request that this Court enter an Order granting Defendants' request for a continuance as outlined herein.

Dated this 26th day of August, 2021.

                                  Respectfully submitted,
                                  **RICHARD G. LUBIN, P.A.**
                                  707 North Flagler Drive
                                  West Palm Beach, FL 33401
                                  Telephone: 561-655-2040
                                  Facsimile: 561-655-2182
                                  Email: rich@lubinlaw.com
                                  Attorneys for Defendant Singerman

By:    */s/Richard G. Lubin*
            **RICHARD G. LUBIN**
            Fla. Bar No. 182249

            */s/ Amy Morse*
            **AMY MORSE, ESQ**.
            Morse & Morse, LLC
            Of Counsel to Richard G. Lubin, P.A.
            707 North Flagler Drive
            West Palm Beach, FL 33401
            T: (561) 651-4145; F: (561) 655-2182
            Email: amy@morselegal.com
            FL Bar No.: 0388475
            Co-Counsel for Defendant Singerman

            *s/Benedict P. Kuehne*
            **BENEDICT P. KUEHNE**
            Florida Bar No. 233293
            **KUEHNE DAVIS LAW, P.A.**
            100 S.E. 2nd St., Suite 3105
            Miami, FL 33131-2154
            Tel: 305-789-5989
            Fax: 305-789-5987
            ben.kuehne@kuehnelaw.com
            efiling@kuehnelaw.com
            Counsel for Defendant Braun

*s/Michael T. Davis*
**MICHAEL T. DAVIS**
Florida Bar No.: 63374
**KUEHNE DAVIS LAW, P.A.**
100 S.E. 2nd St., Suite 3105
Miami, FL 33131-2154
Tel: 305-789-5989
Fax: 305-789-5987
mdavis@kuehnelaw.com
efiling@kuehnelaw.com
Counsel for Defendant Blackstone Labs, Inc

*s/Susan Dmitrovsky*
**SUSAN DMITROVSKY**
Florida Bar No. 73296
**KUEHNE DAVIS LAW, P.A.**
100 S.E. 2nd St., Suite 3105
Miami, FL 33131-2154
Tel: 305-789-5989
Fax: 305-789-5987
efiling@kuehnelaw.com
Counsel for Defendant Blackstone Labs, Inc.

*/s/ Robert J. Buonauro*
**ROBERT J. BUONAURO, B.C.S.**
435 Canal St., Suite 208
New Smyrna Beach, FL 32168
407-841-1940
Fax: 407-649-1936
Florida Bar No.  150756
Counsel for Defendant Winsauer
robert@buonauro.com

*/s/ Nancy Vorpe Quinlan*
**NANCY VORPE QUINLAN**
515 North Flagler Drive, Suite 701
West Palm Beach, FL 33401
Tel: 561-721-0552
Email: nquinlan@palmbeachdefense.com
Florida Bar No. 593532
Counsel for Defendant Ventrella

*/s/ Robert Shearin*
**ROBERT SHEARIN**
1700 S. Dixie Hwy., Suite 501
Boca Raton, FL 33432

        Tel: 561-706-7572
        Fax: 561-429-2987
        Email: rlshearin1@yahoo.com
        Florida Bar No.: 47759
        Counsel for Defendant Ventech Labs, LLC

/*s/ J. Stephen Salter*
**J. STEPHEN SALTER**
8975 Pompano Way
Gulf Shores, Alabama 36542
Phone: 205-585-1776
Email: umstakwit@aol.com
Admitted Pro Hac Vice for Defendant Boccuzzi

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on August 26, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By:    */s/ Richard G. Lubin*
                  **RICHARD G. LUBIN**