UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO.  19-80030-CR-DIMITROULEAS

    Plaintiff,

vs.

PHILIP BRAUN,
AARON SINGERMAN,
JAMES BOCCUZZI, and
BLACKSTONE LABS, LLC,

    Defendants.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendants' September 9, 2021 Motion for Clarification [DE-466].  The Court has considered the Government's September 23, 2021 Response [DE-481] and Defendants' September 30, 2021 Reply [DE-488], and finds as follows:

The Court clarifies its prior rulings and Grants the motion, in part.  The Court will decide as a matter of law whether substances are controlled substances listed in the statute.  The jury will decide, as a matter of fact, whether unlisted substances are substantially similar to listed anabolic steroids.  Additionally, the jury will determine, as a matter of fact, whether the defendants knew that the substance with which they were dealing was some controlled substance. Defendants' motion for clarification did not seek clarification on whether the Court should take judicial notice of shorthand/common terms.

The request for a hearing is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of October, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record