UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  19-80030-CR-DIMITROULEAS

            Plaintiff,

vs.

PHILIP BRAUN,
AARON SINGERMAN,
JAMES BOCUZZI and
BLACKSTONE LABS, LLC,

            Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant's September 19, 2021 Motion to

Suppress Evidence [DE-479].  The Court has considered the Government's October 4, 2021

Response [DE-491] and Defendant's October 12, 2021 Reply [DE-500] and finds as follows:

        1.  On February 16, 2017, agents from the U.S. Food and Drug Administration Office of

Criminal Investigation executed search warrants on the premises of Blackstone Labs and

VenTech Laboratories.  The warrants were signed by U.S. Magistrate Judge William

Matthewman, based upon signed affidavits executed by Special Agent Kelly McCoy.

        2.  Defendants contend that the affidavits did not establish probable cause for the search,

as each affidavit falsely and with reckless disregard of the truth made misrepresentations (formal

warning letters;  NAC and OSTAPRO being a drug or new drug; DMAA's legal status; Bristol

4ce is illegal; DMBA is adulterated; Picamilon is illegal; and selling Super DMZRx 2.0 after a

recall).  Motions to suppress have been previously litigated on the two search warrants

challenged here.  The deadline for filing pre-trial motions was extended to January 31, 2020

1

[DE-189].  The two prior motions were joint motions involving most, if not all, parties.  [DE-321, p. 7], [DE-322, p. 151, 159-160].  On January 30, 2021, Anthony Ventrella and Ventech Labs, LLC filed a motion to suppress evidence obtained through the search warrant.  [DE-218].  It adopted Blackstone's soon to be filed, Motion to Suppress.  Included in the motion were allegations that the stale information did not establish probable cause to search.

3.  On January 31, 2020, Blackstone Labs LLC filed a Motion to Suppress the Search Warrant executed on February 16, 2017 [DE-230].  Included in the motion were allegations that the supporting circumstances were insufficient to establish probable cause, partially because of misrepresentation made by Agent McCoy in her affidavit.  The Court does not recall ever being asked to extend the January 31, 2020 deadline for filing pre-trial motions.  No good cause has been shown for the filing of these tardy motions.

4.  On March 3 and 4, 2020 the Court held a hearing on numerous pre-trial motions, including the two motions to suppress [DE-322, pp. 148-172]; [DE-323, pp. 65-90].

5.  Included in the Blackstone suppression argument were allegations that the affidavit contained misleading assertions that Notice of a Recall of Super-DM2 was given to Mira Health, not Blackstone [DE-322, p. 157-158] and misleading statements that warning letters do not make something illegal.  [DE-322, p. 169].  The Court denied a *Franks* hearing [DE-322, p. 172].  A written order was entered on March 17, 2020.  [DE-334].  The Court found that no *Franks* hearing was necessary.

6.  On March 17, 2020, the Court denied the motion to suppress the evidence seized at Ventech Labs, including a finding that the "Good Faith Exception" applied.  [DE-338].

7.  The current motion is untimely and there is no showing why the motion could not have been filed earlier than twenty (20) months after the filing deadline. *U.S. v. Milan-*

*Rodriguez,* 828 F. 2d 679, 683 (11th Cir. 1987), *U.S. v. Fernatus,* 838 Fed Appx 426, 432 (11th Cir. 2020); *U.S. v. Cox,* 281 Fed Appx 943, 944 (11th Cir. 2008).

8.   Nevertheless, the court again finds that affidavits contain sufficient probable cause, without the challenged statements.  Finally, perhaps the Government has waived any objection, but the Court fails to see the remaining defendants' standing to contest the VenTech Labs search warrant.

Wherefore, Defendants' Motion to Suppress [DE-479] is Dismissed as untimely, and alternatively, Denied.  The request for a *Franks* hearing and/or Zoom hearing is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of October, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:

Counsel of Record

3