# Exhibit A

Letter from Jared Wheat

United States v. Braun, et al.
Case No. 19-80030-CR-DIMITROULEAS
*Blackstone Labs, LLC's Sentencing Memorandum*

Judge William P. Dimitrouleas
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205B, Chambers 205F
Fort Lauderdale, Florida 33301

Dear Judge Dimitrouleas,

My name is Jared Wheat, and I write to you in support of Blackstone Labs, LLC. I have been in the dietary supplement industry since 1994 when I started my company, Hi-Tech Pharmaceuticals, in my parents' basement. At that time, I had to pay to have the products that I designed manufactured and assembled by companies that had the equipment and raw materials to do so. Since then, I have successfully expanded Hi-Tech's business to include not only finished goods, but also the raw materials and equipment to do contract manufacturing for other supplement companies. Today, I hold 100% ownership in Hi-Tech. Manufacturing products in-house and maintaining sole ownership have allowed me to ensure that quality products are going out under my name and under the company brands that I own.

Part of my business model is to seek out supplement companies in trouble, acquire a controlling interest in those companies, and then bring them back to a state of financial vitality. I have the financial ability and know-how to rehabilitate supplement companies that are struggling due to the conduct of their owners, whether it be civil suits that have drained a company of its resources or simply poor financial management. In Blackstone's case, my role as a reformer started due to the decisions of its former controlling members that led the company to the illegal conduct of this case.

In May 2017, I had the opportunity to buy out one of Blackstone's three owners. However, I had concerns over whether Blackstone was following the laws that govern our industry, primarily due to knowledge of an FDA search. For these reasons, I told the guys at Blackstone that I would not purchase any ownership unless they could assure me that the company was no longer involved any activity having to do with steroids or steroid-like substances. Later, in February 2018, I bought Mr. Singerman's interest in the company, making me the controlling owner.

The changes I have made at Blackstone since entering as an owner include requiring that all products sold by Blackstone are manufactured at my company, Hi-Tech, so that I can ensure the products meet my standards; promoting trustworthy and ethical employees to positions of authority within Blackstone, such as JR Newton; and taking over the formulation and design of Blackstone products.

I knew what I was getting myself into when I bought my first one-third interest in Blackstone in 2017, and even more so when I purchased a controlling two-thirds interest in 2018. Despite its troubles, I still believed in this company, and I continue to believe in it today. If I didn't, I wouldn't have loaned the company nearly $4,000,000 over the course of my time here without ever drawing any money on my investment, and I would not be offering to loan another $1,000,000 in hopes of putting this case behind us so that we can rebuild in peace.

Some advised me against this investment, and maybe it would have been better financially for me to wait and let the company implode, then buy its assets for pennies on the dollar. It certainly would have saved me many headaches. However, I wanted Blackstone to overcome its past, and I wanted employees to keep their jobs.

The money I have loaned Blackstone has been utilized in a variety of ways, with over $1,700,000 of that being personal loans to the company for legal fees and the remainder being in the form of inventory from Hi-Tech to keep the Blackstone in operation. While I am confident that this company can be successful if given the chance, I also know that the $1,000,000 to pay the proposed forfeiture is the last of what I can reasonably loan the company.

Your Honor, I fully understand that Blackstone must be penalized for its past conduct, but I also wish to stress that a sentence above the $1,000,000 forfeiture I have offered would be the death knell for Blackstone Labs.

I don't want to see Blackstone Labs forced to close its doors. Yes, I would like to one day see a return on the money I have put into rehabilitating this company, but more importantly, I don't want to see seventeen people lose their livelihoods. I don't want the work that we have put into changing things at Blackstone to be in vain.

Thank you for your consideration of this letter.

Sincerely,

Jared R. Wheat