UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.  19-80030-CR-DIMITROULEAS

   Plaintiff,

vs.

PHILLIP BRAUN,

   Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court upon Defendant's October 14, 2023 Motion for Application of Proposed U.S.S.G. § 4C1.1 [DE-774], and the Court finds as follows:

1. On November 17, 2021, Defendant pled guilty to Introduction of the Unapproved Drugs and Conspiracy to Distribute Controlled Substances.  [DE-532].

2. Defendant's Sentencing Guidelines were scored at an Offense Level 26, Criminal History Category 1, with zero criminal history points, for range of 63-78 months. Defendant was sentenced to 54 months on February 17, 2022.

3. A revised Sentencing Guidelines with a two level reduction for zero criminal history points would be scored at an Offense Level 24, Criminal History Category One, for a range of 51-63 months.

4. On October 16, 2023, this Court requested that the Government show cause within thirty (30) days of the order why the Court should not reduce Defendant's sentence, effective February 1, 2024.  [DE-775].  On November 17, 2023 the Government filed its response. [DE-781].  The Court has considered the factors in 18 U.S.C. § 3553(a) and the Pre-Sentence Investigation Report.  The Court agrees with the Government's

response. *See,* U.S.S.G. § 4C1.1(a)(10).  The Motion [DE-774] is Denied.  A separate order will be entered.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of November, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Alistair Reader, DOJ

Sean Ford, Esquire